# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| MAURICE BRETT, | Case No. 2:16-cv-00099-JAM-EFB |
|---|---|
| Plaintiff, | Hon. John A. Mendez<br>Courtroom 6 |
| vs. | **ORDER STAYING ACTION PENDING COMPLETION OF ARBITRATION** |
| WELLS FARGO, N.A., | |
| Defendant. | Action Filed: January 15, 2016<br>Trial Date: None Set |

Pursuant to the Stipulation to Arbitration agreed to and submitted by the parties, this action is hereby stayed in its entirety pending completion of the arbitration.

**IT IS SO ORDERED.**

**May 6, 2016**

/s/ John A. Mendez
DISTRICT JUDGE JOHN A. MENDEZ

07685.1602/7534331.1